JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III,<br><br>Petitioner,<br><br>v.<br><br>MARCUS POLLARD, WARDEN[1]<br><br>Respondent. | Case No. CV 20-08944-PA (PD)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 5, 2020.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] Marcus Pollard, Warden of the Richard J. Donovan Correctional Facility, where Petitioner is currently incarcerated, is substituted for the Respondent identified by title only in the Petition. *See* Fed. R. Civ. P. 25(d).